IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES B., JR.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   23-cv-3644 |
| | : | |
| **MARTIN O'MALLEY,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this   21ST   day of June, 2024, upon consideration of Defendant's Contested Motion to Remand (ECF No. 17), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.  This case is remanded to Defendant for further administrative proceedings.

Upon remand, the Appeals Council will direct the Administrative Law Judge to evaluate all medical opinions of record, order a consultative mental examination of Plaintiff and hold a new administrative hearing.  The Administrative Law Judge is to issue a new decision.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).  This is a final Order.  This case is hereby closed on the Court's docket.  By separate Order, the Court will enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

   /s/ Lynne A. Sitarski            
LYNNE A.  SITARSKI
United States Magistrate Judge